IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 13-cv-00027-RBJ

DON DEFORE,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

---

THE FOREGOING Stipulation for Dismissal with Prejudice having been submitted by the parties;

The Court, being fully advised in the premises, hereby orders that the above-captioned civil action is dismissed with prejudice, with each party to pay its own attorney fees and costs.

DATED this 8th day of January, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge